439

STATE of Missouri, Respondent,

v.

Tracy JONES, Appellant,

Tracy JONES, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67920, 69579.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 21, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Asst. Attorney General, Jefferson City, for Respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### *ORDER*

PER CURIAM.

Defendant, Tracy L. Jones, appeals from his judgments of conviction, following a jury trial, for murder in the first degree and armed criminal action. He was sentenced to a term of life imprisonment without parole and a consecutive term of life imprisonment, respectively. Defendant also appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

As to defendant's direct appeal, no jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).

The judgment of the trial court denying defendant's Rule 29.15 motion is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

In the Interest of K.M.M.

No. 68328.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1996.

John S. Appelbaum, Arnold, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Mother appeals the order of the trial court terminating her parental rights in child, § 211.447, RSMo1994. She alleges there was "insufficient evidence to support any finding of abandonment."

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).